April 21, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

JAMIL SAIFI, Appellant

NO. 14-13-00815-CV                    V.

CITY OF TEXAS CITY, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, City of Texas City, signed June 20, 2013, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellee, City of Texas City.

We further order this decision certified below for observance.